**United States District Court**
**District of Connecticut**
at Hartford

FILED

2003 NOV 12 P 2: 22

S DISTRICT COURT
HARTFORD CT

Centrix, Inc.

    Plaintiff

v.                                                                                    Civil Action No.

                                                                         3:03 – CV-703  (CFD)

Andon Brush Company, Inc.

    Defendant

**Motion for Extension of Time**

    Pursuant to Rule 6 Fed, R. Civ, P and Rule 9 (b) (1) of the Local Rule of Civil Procedure, Plaintiff, Centrix Inc. respectfully requests an extention of time to and including December 1, 2003 within which to otherwise move or file a responsive pleading to Defendant's Answer and Counterclaim served on Plaintiff on October 28, 2003.

    In support of this motion Plaintiff states that:

    (1) The parties are in discussions relating to possible settlement, and it is contemplated that settlement may be achieved.

    (2) Additional time is also required to consider Defendant Answer and Counterclaim in more detail with the client.

    (3) Plaintiff's counsel secretary is on vacation and not expected back until November 19, 2003.

    This is Plaintiff's first request for an extension of time with respect to the time limitation for responding to Defendant's Answer and Counterclaim.

Plaintiff's counsel consulted with Defendant's counsel of record with request to this extension and Defendant's counsel has consented to this motion, and will not object thereto.

It is therefore requested that this Court grant the extension requested to and including December 1, 2003 to file a responsive pleading to said Answer and Counterclaim.

Respectfully submitted
Plaintiff   Centrix Inc.
by _____
Arthur T. Fattibene  (CT 06916)
2480 Post Road
Southport, Connecticut 06890
Tel: 203-255-4400
Fax: 203-259-0033

Certificate of Service

I, Arthur T. Fattibene hereby certify that a copy of Plaintiff's Motion for Extension of Time attached hereto has been served on:

>Catherine A. Mohon
>John J. Robinson, Esq.
>@ McCarter & English LLP
>Attorneys for Defendant
>City Place I
>185 Asylum Street
>Hartford, Connecticut 06103

By Fax to 1-860-724-3397 and by First Class U.S. Mail post paid this 7th day of November 2003.

_____
Arthur T. Fattibene
2480 Post Road
Southport, Connecticut 06890
Tel: 203-255-4400
Fax: 203-259-0033