# United States District Court
## District of Connecticut
at Hartford

Centrix, Inc.

    Plaintiff

v.

    Civil Action No.

    3:03 – CV-703 (CFD)

Andon Brush Company, Inc.

    Defendant

### Motion for Extension of Time

Pursuant to Rule 6 Fed, R. Civ, P and Rule 9 (b) (1) of the Local Rule of Civil Procedure, Plaintiff, Centrix Inc. respectfully requests an extention of time to and including December 1, 2003 within which to otherwise move or file a responsive pleading to Defendant's Answer and Counterclaim served on Plaintiff on October 28, 2003.

In support of this motion Plaintiff states that:

(1) The parties are in discussions relating to possible settlement, and it is contemplated that settlement may be achieved.

(2) Additional time is also required to consider Defendant Answer and Counterclaim in more detail with the client.

(3) Plaintiff's counsel secretary is on vacation and not expected back until November 19, 2003.

This is Plaintiff's first request for an extension of time with respect to the time limitation for responding to Defendant's Answer and Counterclaim.

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT