United States District Court
District of Connecticut
At Hartford

CENTRIX, INC.,
    Plaintiff

v.

Civil Action No.
3: 030 CV 703 (CFD)

ANDON BRUSH COMPANY,
    Defendant

**Plaintiff's, Centrix Inc.'s, Rule 12 Motion for More
Definite Settlement or in the Alternative To Strike and/or
To Dismiss Counterclaim Counts II, III, IV For Failure To State
A Cause of Action**

Pursuant to Rule 12(b)(6), 12(e) and 12(f) of Fed.R.Civ.P. and Connecticut Local Civil Rule 9, Plaintiff, Centrix Inc. (Centrix) hereby moves this Count for an order directing Andon Brush Company, Inc. to render a more definite statement with respect to certain affirmative defenses and allegations pleaded by Andon in its Answer and Counterclaim filed on or about October 28, 2003 and/or in the alternative to strike the same, and to dismiss Andon's Counts II, III and IV for failure to state a cause of action upon which relief can be granted.

Specifically, a more definite statement is required with respect to:

1. Andon's Tenth Separate and Affirmative Defense

2. Andon's Twelfth Separate and Affirmative Defense

3. Andon's Thirteenth Separate and Affirmative Defensive

4. Andon's Fifteenth Separate and Affirmative Defense

ORAL
HEARING
REQUESTED

In addition Plaintiff requests pursuant to Rule 12 (b)(6) the dismissal of Counterclaim, Counts II, III, and IV for failing to state a cause of action for which relief may be granted.

Count II of Defendant counterclaims alleges a cause of action sounding in misappropriation of Andon's alleged trade secrets and confidential information relating to the design of Centrix's dental brushes in suit and Centrix processes and equipment for manufacturing dental brushes. Robert Newell, Andon's president, asserts that he is the inventor of the Dental Brushes covered by the patent in suit and the manufacturing process and equipment for making the patented dental brushes, when in fact the patent in suit was invented and applied for, before Andon was formed and long before Mr. Newell met the inventors of the dental brushes in suit.

Andon's counterclaim Count III alleges Centrix knew of the prospective economic advantage that was available to Andon by patenting Andon's alleged confidential information and is using it for commercial gain and advantage. Count III fails to state a claim as Count III is merely a rephrasing of Count II.

Andon's counterclaims Count IV alleges in effect that Centrix's patenting of Andon's alleged confidential information contained in the patents in suit resulted in unjust enrichment, whereby Andon suffered irreparable harm and damages as a consequence thereof. The undeniable fact in that the Centrix '803 patent was invented and filed long before Andon was incorporated, and before Andon or Robert Newell knew of the inventor of the patents in suit, and before Andon was incorporated.

Andon's Counterclaims II, III and IV fail to state a cause of action for which relief can be granted for the reasons that:

    (a) Neither Andon nor Robert Newell invented any part of the invention disclosed and claimed in the Patents in Suit.

    (b) The subject matter of U.S. Patent 5,001,803 was conceived, reduced to practice and the patent application thereon was filed long before Andon was formed and before Robert Newell became aware of Centrix.

    (c) Neither Andon nor Robert Newell conducted any extensive research or development regarding the patented brush in suit and/or the equipment to manufacture the patented brushes; nor did Andon and/or Robert Newell develop any list of customers for the patented dental brushes in suit which Centrix allegedly appropriated.

    (d) Centrix caused Andon to be formed for the express purpose of functioning as Centrix's supplier of the patented dental brush which Andon asserts Andon and/or Robert Newell invented.

                                        Respectfully submitted,
                                          Fattibene & Fattibene

                                          By_____
                                          Arthur T. Fattibene, CT 06916
                                          2480 Post Road
                                          Southport, Connecticut 06890
                                          Tel: (203) 255-4400
                                          Fax: (203) 259-0033