## Certificate of Service

    This is to certify that a copy of the foregoing **PLAINTIFF'S, CENTRIX, INC.'S, RULE 12 MOTION FOR MORE DEFINITE SETTLEMENT OR IN THE ALTERNATIVE TO STRIKE AND/OR TO DISMISS COUNTERCLAIM COUNTS II, III IV FOR FAILURE TO STATE A CAUSE OF ACTION and MEMORANDUM IN SUPPORT THEREOF with Supporting Declarations of John J. Discko with Exhibits, Gerald Robbins with Exhibits and James Witkowski,** has been served on Defendant's counsel of record by first class, U.S. postage prepaid mail, this ___ day of November 2003, as follows:

Catherine Mohan
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

 

_____
Arthur T. Fattibene, CT 06916
Attorney for Plaintiff