United States District Court
District of Connecticut
at Hartford

Centrix Inc.

       Plaintiff

v.

Andon Brush Company, Inc.

       Defendant

Civil Action No:
3:03 CV 703 (CFD)

### Declaration of James Witkowski

I, James Witkowski hereby declare and say that I am personally knowledgeable of the facts herein made and if called to testify would so testify.

1. I have been employed by Centrix Inc. (Centrix) in 1986, and that I am the Chief Financial Officer of Centrix.

2. In February of 1990 Centrix was instrumental in establishing the Andon Brush Company, Inc. together with individuals Gerald Robbins and Robert Newell.

3. Gerald Robbins and Robert Newell were both former employees of the Applicator Company before the Applicator ceased to exist because of bankruptcy.

4. The shares of Andon Brush Company Inc. when issued were equally divided between Centrix Inc., Gerald Robbins and Robert Newell whereby Centrix is a one third owner of Andon.

5. Andon was formed by Centrix with the thought that Andon could continue to supply Centrix with Centrix's new Benda® Brush line without interruption which were being enthusiastically received by the dental profession and suppliers.

6. As neither Gerald Robbins and/or Robert Newell had any real management or financial skills necessary for operating Andon, Centrix agreed to help organize Andon's administrative and accounting functions.

7. As Centrix's Chief Financial Officer I initially helped to set up Andon's accounting and helped to keep Andon's accounting books during the formative period which was approximately one year. I would review the books on a quarterly basis and/or as may be required. Gerald Robbins handled the normal day to day functions of recording the receivable, accounts payable, banking and the other daily administrative and financial tasks of Andon, as required.

8. During Andon's 1991 financial year my financial responsibilities for Andon were taken over by a local accountant, Michael Sonzogni whom Andon employed.

9. Since Andon's financial 1991 fiscal year, my review of Andon's financial information as a representative of Centrix, a one third owner of Andon, was limited to Andon's Income Statements, Balance Sheets, Trial Balances, Budgets, and supplemental schedules as necessary so as to enable Centrix to make its necessary financial reports and for various tax purposes including tax reporting.

10. All the financial information that I reviewed was personally provided to me by Robert Newell, Gerald Robbins or by the designated employees of Andon.

11. Other than the Income Statements, Balance Sheets, Budgets or Trail Balances that were given to me by authorized Andon personnel; no other financial information was removed from Andon's premises by me.

12. Since Centrix is a one third owner of Andon, Centrix is required to record its ownership of Andon on Centrix's balance sheet according to the equity method of accounting.

13. Centrix's financial statements are audited and certified by Centrix outside auditors, Nishball, Carp, Niedermeier, Pacowta and Co. As part of the audit process Centrix's auditors are required to review certain Andon records. The review process was conducted for the years between 1996 an 2001. All such material or information reviewed during these audits were first cleared and supplied by Robert Newell or Jerry Robbins. The results of these discussions with Robert Newell and Gerald Robbins and copies were made available to Centrix's auditors.

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are true and that these statements were made with the knowledge that willful false statements are punishable by fine or imprisonment under Title 18 section 1001 of U.S. Code.

_____

(James Witkowski)

_____

(Date)