UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

December 3, 2003

10:00 a.m.

*Held 4 hours*

3-03-cv-703   (CFD) Centrix, Inc v Andon Brush Co, Inc
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Arthur T. Fattibene | 2480 Post Rd., Southport, CT   203-255-4400 |
| Catherine A. Mohan | McCarter & English, LLP, 755 Main St., Hartford, CT 860-493-3900 |
| John J. Robinson | McCarter & English, LLP, 755 Main St., Hartford, CT 860-493-3900 |
| Jeffrey M. Thomen | McCarter & English, LLP, 755 Main St., Hartford, CT 860-493-3900 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK