UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -5  A 10: 56

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CENTRIX, INC., | |
| Plaintiff, | Case No. 3:03 CV 703 (CFD) |
| v. | |
| ANDON BRUSH COMPANY, INC., | |
| Defendant. | DECEMBER 3, 2003 |

### MOTION FOR ADMISSION OF KENNETH L. WINTERS, ESQ. AS VISITING ATTORNEY AS COUNSEL TO DEFENDANT ANDON BRUSH COMPANY, INC.

In accordance with Rule 2(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member in good standing of the Bar of this Court, and counsel to defendant Andon Brush Company, Inc. ("Andon") in the above-captioned action, hereby moves this Court to admit Kenneth L. Winters, Esq., as visiting attorneys to participate actively in the conduct of any pretrial, trial and post-trial proceedings for the purposes of representing Andon. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the bar of this Court. I have entered my appearance on behalf of Andon in the above-captioned action.

2. Kenneth L. Winters, Esq., is a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel to Andon. He maintains an office as follows:

>Kenneth L. Winters, Esq., .
>Carella, Byrne, Bain, Gilfillan,
>  Cecchi, Stewart & Olstein, P.C.
>5 Becker Farm Road
>Roseland, New Jersey 07068

Phone: (973) 994-1700
Fax. No.: (973) 994-1744

3. Mr. Winters is a member of the bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey, the United States Court of Appeals for the Federal Circuit, Third and Eleventh Circuits. Mr. Winter has executed an Affidavit in accordance with Local Rule 2(d), which is filed in support of this motion.

4. As also appears in his attached affidavit, Attorney Winters has not been denied admission or disciplined by this Court or any other court.

WHEREFORE, defendant Andon Brush Company, Inc., by and through the application of Matthew Mason, Esq., respectfully requests that this Court grant the motion for admission of Kenneth L. Winters, Esq. as a visiting attorney, and thereby permit him to actively participate in the conduct of any pretrial, trial, and post-trial proceedings before this Court for the purposes of representing Andon.

Respectfully submitted,

By: *Matthew C. Mason*
Matthew M. Mason (ct 15291)
GREGORY AND ADAMS, P.C.
Attorneys for Defendant
190 Old Ridgefield Road
Wilton, Connecticut 06897
Phone: 203 762-9000
Fax: 203 834-1628
Email: mmason@gregoryandadams.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2003, a true and correct copy of the foregoing Motion to Admit Kenneth Winter as Visiting Attorney, as counsel to defendant Andon Brush Company, Inc., together with supporting Affidavit, was served by first class mail, postage prepaid, upon the following:

> Arthur T. Fattibene, Esq.
> Fattibene & Fattibene
> 2480 Post Road
> Southport, CT  06490
> 203-255-4400  Fax: 259-0033

_____
Matthew C. Mason

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDON BRUSH COMPANY, INC., <br><br> Defendant. | CASE NO. 3:03 CV 703 (CFD) <br><br><br><br> DECEMBER 3, 2003 |

**AFFIDAVIT OF KENNETH L. WINTERS IN
SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>**

STATE OF NEW JERSEY )
                               ) ss.:
COUNTY OF ESSEX       )

KENNETH L. WINTERS, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of New Jersey and a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel for Andon Brush Company, Inc. ("Andon"). I make this affidavit in support of the motion for my admission as a visiting attorney pursuant to Local Civil Rule of Procedure 2(d).

2. My office address and email address are as follows:

Carella, Byrne, Bain, Gilfillan,
  Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700
Fax: (973) 994-1744
email: kwinters@carellabyrne.com

3. I received my jurist doctor degree from Duke University in 1980.

4. I have been a member in good standing of the bar of the State of New Jersey from 1980 to the present.

5. I have never been denied admission or disciplined by this court or any other court and have never been censored, suspended or disbarred by any court.

6. I am also a member of the bar of the United States District Court for the District of New Jersey, the United States Court of Appeals for the Federal Circuit, Third and Eleventh Circuits.

7. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
KENNETH L. WINTERS

Sworn to before me this
2nd day of December, 2003

_____
Notary Public
JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

202943

2