UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3  A 10: 30

US DISTRICT COURT
HARTFORD CT

------------------------------x
:
CENTRIX, INC.,                :
                              :
            Plaintiff,        :   CIVIL CASE NO.
                              :   3:03 CV 703 (CFD)
                              :
     VS.                      :
                              :
ANDON BRUSH COMPANY, INC.     :
                              :
            Defendant.        :
                              :   December 2, 2003
------------------------------:x

**APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant Andon Brush Company, Inc.

    I hereby certify that I am admitted to practice in this court.

THE DEFENDANT

By: *[signature]*
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
mmason@gregoryandadams.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served by United States first class mail, postage prepaid this on December 2, 2003 to all counsel of record as follows:

Arthur T. Fattibene, Esq.
Fattibene & Fattibene
2480 Post Road
Southport, CT  06490

John J. Robinson, Esq.
MCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

By _____
Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.