UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., | : |
|     Plaintiff, | : Case No. 3:03 CV 703 (CFD) |
| v. | : |
| ANDON BRUSH COMPANY, INC., | : |
|     Defendant. | : DECEMBER 2, 2003 |

**MOTION FOR ADMISSION OF DENNIS F. GLEASON, ESQ. AND
G. GLENNON TROUBLEFIELD, ESQ. AS VISITING ATTORNEYS,
<u>AS COUNSEL TO DEFENDANT ANDON BRUSH COMPANY, INC.</u>**

In accordance with Rule 2(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member in good standing of the Bar of this Court, and counsel to defendant Andon Brush Company, Inc. ("Andon") in the above-captioned action, hereby moves this Court to admit Dennis F. Gleason, Esq. and G. Glennon Troublefield, Esq., as visiting attorneys to participate actively in the conduct of any pretrial, trial and post-trial proceedings for the purposes of representing Andon. In support of this motion, the undersigned states as follows:

1.    I am a member in good standing of the bar of this Court. I have entered my appearance on behalf of Andon in the above-captioned action.

2.    Dennis F. Gleason, Esq. and G. Glennon Troublefield, Esq. are each members of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel to Andon. Each maintain an office as follows:

| | |
|---|---|
| Dennis F. Gleason, Esq. | G. Glennon Troublefield, Esq. |
| Carella, Byrne, Bain, Gilfillan, | Carella, Byrne, Bain, Gilfillan |
| Cecchi, Stewart & Olstein, P.C. | Cecchi, Stewart & Olstein, P.C. |
| 5 Becker Farm Road | 5 Becker Farm Road |
| Roseland, New Jersey 07068 | Roseland, New Jersey 07068 |
| Phone: (973) 994-1700 | Phone: (973) 994-1700 |
| Fax. No.: (973) 994-1744 | Fax No.: (973) 994-1744 |

3. Messrs. Gleason and Troublefield are members of the bar of the State of New Jersey and are admitted to practice before the United States Supreme Court, the United States District Court for the District of New Jersey, the Court of Appeals for the Federal Circuit, and other courts. Both Messrs. Gleason and Troublefield have executed Affidavits in accordance with Local Rule 2(d), each of which is filed in support of this motion.

4. As also appears in their attached affidavits, neither Attorney Gleason nor Attorney Troublefield have been denied admission or disciplined by this Court or any other court.

WHEREFORE, defendant Andon Brush Company, Inc., by and through the application of Matthew Mason, Esq., respectfully requests that this Court grant the motion for admission of Dennis F. Gleason, Esq. and G. Glennon Troublefield, Esq. as visiting attorneys, and thereby permit each of them to actively participate in the conduct of any pretrial, trial, and post-trial proceedings before this Court for the purposes of representing Andon.

Respectfully submitted,

By: _____
Matthew M. Mason (ct 15291)
GREGORY AND ADAMS, P.C.
Attorneys for Defendant
190 Old Ridgefield Road
Wilton, Connecticut 06897
Phone: 203 762-9000
Fax: 203 834-1628
Email: mmason@gregoryandadams.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2003, a true and correct copy of the foregoing Motion To Admit Dennis F. Gleason, Esq. and G. Glennon Troublefield, Esq. As Vistiinign Attorneys, as counsel to defendant Andon Brush Company, Inc., together with supporting Affidavits, was served by first class mail, postage prepaid, upon the following:

Arthur T. Fattibene, Esq.
Fattibene & Fattibene
2480 Post Road
Southport, CT  06490
203-255-4400  Fax: 259-0033

                                                                                   Matthew C. Mason

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDON BRUSH COMPANY, INC., <br><br> Defendant. | : Case No. 3:03 CV 703 (CFD) <br> : <br> : <br> : <br> : <br> : DECEMBER 2, 2003 |

**AFFIDAVIT OF DENNIS F. GLEASON IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF NEW JERSEY  )
                     ) ss.:
COUNTY OF ESSEX      )

DENNIS F. GLEASON, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of New Jersey and a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel for Adnon Brush Company, Inc. ("Andon"). I make this affidavit in support of the motion for my admission pro hac vice, pursuant to Local Civil Rule of Procedure 2(d).

2. My office address and email address are as follows:

Carella, Byrne, Bain, Gilfillan,
   Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700
Fax: (973) 994-1744
email: dgleason@carellabyrne.com

3. I received my jurist doctor degree from Seton Hall University in 1986.


4. I have been a member in good standing of the bar of the State of New Je 1987 to the present.

5. I have never been denied admission or disciplined by this court or any otl and have never been censored, suspended or disbarred by any court.

6. I am also a member of the bar of the United States Supreme Court, United District Court for the District of New Jersey and the United States Courts of Appeals 1 Third, Sixth, Seventh and the Federal Circuit.

7. I have fully reviewed and am familiar with the Rules of the United States Di Court for the District of Connecticut.

_____
DENNIS F. GLEASON

worn to before me this
?6th day of November, 2003

_____
Glennon Troublefield
~~ary Public~~ Attorney-At-Law
of the State of New Jersey

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDON BRUSH COMPANY, INC., <br><br> Defendant. | : Case no. 3:03 CV 703 (CFD) <br> : <br> : <br> : <br> : <br> : <br> : <br> : December 2, 2003 |

**AFFIDAVIT OF G. GLENNON TROUBLEFIELD IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF NEW JERSEY  )
                     ) ss.:
COUNTY OF ESSEX      )

G. GLENNON TROUBLEFIELD, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of New Jersey and a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel for Adnon Brush Company, Inc. ("Andon"). I make this affidavit in support of the motion for my admission as a visiting attorney, pursuant to Local Civil Rule of Procedure 2(d).

2. My office address and email address are as follows:

Carella, Byrne, Bain, Gilfillan,
 Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700
Fax: (973) 994-1744
email: gtroublefield@carellabyrne.com

3. I received my jurist doctor degree from Seton Hall University in 1991.

4. I have been a member in good standing of the bars of the State of New Jersey from 1991 to the present and of the Commonwealth of Pennsylvania from 1992 to the present.

5. I have never been denied admission or disciplined by this court or any other court and have never been censored, suspended or disbarred by any court.

6. I am also a member of the bar of the United States Supreme Court, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Federal Claims, and the United States Court of Appeals for the Federal Circuit.

7. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
G. GLENNON TROUBLEFIELD

Sworn to before me this
26 day of November, 2003

_____
Notary Public
Attorney at Law
State of New Jersey
Dennis F. Gleason

#202500v1

2