FILED

2003 DEC 19 A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CENTRIX, INC.,

   Plaintiff,

v.

ANDON BRUSH COMPANY, INC.,

   Defendant.

Civil Action No. 3:03 CV 703 (CFD)

DECEMBER 18, 2003

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S, CENTRIX INC.'S RULE 12 MOTION FOR MORE DEFINITE SETTLEMENT [sic] OR IN THE ALTERNATIVE TO STRIKE AND/OR TO DISMISS COUNTERCLAIM COUNTS II, III, IV FOR FAILURE TO STATE A CAUSE OF ACTION

Defendant Andon Brush Company, Inc. ("Andon"), by its undersigned counsel, hereby moves this Court for an extension of time of thirty (30) days to January 16, 2004 for Andon to respond to Plaintiff's, Centrix Inc., Rule 12 Motion For More Definite Settlement [sic] Or In The Alternative To Strike And/Or To Dismiss Counterclaim Counts II, III, IV For Failure To State A Cause of Action. In support of its motion Andon states as follows:

1. Defendant Andon was recently required to change counsel in this action when its original counsel, McCarter and English, developed a conflict of interest (by reason of the acquisition of a portion of Cummings & Lockwood), which required them to withdraw from this action.