UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., | : |
| Plaintiff, | : Civil Action No. 3:03 CV 703 (CFD) |
| v. | : |
| ANDON BRUSH COMPANY, INC., | : |
| Defendant. | : DECEMBER 23, 2003 |

**GRANTED. absent objection**
**It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/7/04

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF CENTRIX INC.'S DISCOVERY REQUESTS

Defendant Andon Brush Company, Inc. ("Andon"), by its undersigned counsel, hereby moves this Court for an extension through and including January 16, 2004 for Andon to respond to Plaintiff Centrix Inc.'s discovery requests as set forth below. In support of its motion Andon states as follows:

1. Defendant Andon was recently required to change counsel in this action when its original counsel, McCarter and English, developed a conflict of interest (by reason of the acquisition of a portion of Cummings & Lockwood), which required them to withdraw from this action.

2. Andon obtained new counsel on approximately November 21, 2003, when they engaged Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as its lead counsel. Shortly