UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., | Civil Action No. 303 CV 703 (CFD) |
| Plaintiff, | |
| vs. | MOTION FOR WITHDRAWAL |
| ANDON BRUSH COMPANY, INC., | OF APPEARANCE |
| Defendant. | |

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance as Counsel in this case for the defendant, Andon Brush Co., Inc. In support of this motion, counsel states:

1. On July 23, 2003, the undersigned attorney, Jeffrey M. Thomen, with the law firm of McCarter & English, LLP, entered an appearance as Counsel on behalf of the aforementioned plaintiff. Subsequently, Attorney Matthew C. Mason, with the law firm of Gregory & Adams, had entered an appearance on the defendant's behalf.

2. Attorney Mason continues to represent the defendant in this action.

3. Attorney Thomen has notified the Andon Brush Co., Inc. of his intention to file this motion to withdraw and has sent a copy of this motion via Certified Mail to the Andon Brush Co., Inc.

4. A copy of this motion has been mailed to additional parties in this action by U.S. Mail.

Respectfully submitted,

By: _____
Jeffrey M. Thomen. (CT 21864)
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6700
Fax: (860) 724-3397
Attorney for Defendant and Counterclaim
Plaintiff Andon Brush Company, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE has been mailed, postage prepaid, this 8th day of January, 2004 to:

Arthur T. Fattibene
Fattibene & Fattibene
2480 Post Road
Southport, CT 06890
Attorney for Plaintiff, Centrix, Inc.

Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Attorney for Defendant, Andon Brush Company, Inc.

_____
Jeffrey M. Thomen

HARTFORD: 606021.01