UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CENTRIX, INC.,

    Plaintiff,

v.

ANDON BRUSH COMPANY, INC.,

    Defendant.

Case No. 3:03 CV 703 (CFD)

DECEMBER 2, 2003

### MOTION FOR ADMISSION OF DENNIS F. GLEASON, ESQ. AND G. GLENNON TROUBLEFIELD, ESQ. AS VISITING ATTORNEYS, AS COUNSEL TO DEFENDANT ANDON BRUSH COMPANY, INC.

*GRANTED, absent objection. It is so ordered. Christopher F. Droney, U.S.D.J., Hartford CT 1/13/04*

In accordance with Rule 2(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member in good standing of the Bar of this Court, and counsel to defendant Andon Brush Company, Inc. ("Andon") in the above-captioned action, hereby moves this Court to admit Dennis F. Gleason, Esq. and G. Glennon Troublefield, Esq., as visiting attorneys to participate actively in the conduct of any pretrial, trial and post-trial proceedings for the purposes of representing Andon. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the bar of this Court. I have entered my appearance on behalf of Andon in the above-captioned action.

2. Dennis F. Gleason, Esq. and G. Glennon Troublefield, Esq. are each members of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel to Andon. Each maintain an office as follows: