# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED 2003 DEC -5 A 10:56
US DISTRICT COURT
HARTFORD, CT

CENTRIX, INC.,

    Plaintiff,

v.

ANDON BRUSH COMPANY, INC.,

    Defendant.

Case No. 3:03 CV 703 (CFD)

DECEMBER 3, 2003

**GRANTED. absent objection**
**It is so ordered.**
/s/ Christopher F. Droney, U.S.D.J.
Hartford, CT 1/16/04

## MOTION FOR ADMISSION OF KENNETH L. WINTERS, ESQ. AS VISITING ATTORNEY AS COUNSEL TO DEFENDANT ANDON BRUSH COMPANY, INC.

In accordance with Rule 2(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member in good standing of the Bar of this Court, and counsel to defendant Andon Brush Company, Inc. ("Andon") in the above-captioned action, hereby moves this Court to admit Kenneth L. Winters, Esq., as visiting attorneys to participate actively in the conduct of any pretrial, trial and post-trial proceedings for the purposes of representing Andon. In support of this motion, the undersigned states as follows:

1.     I am a member in good standing of the bar of this Court. I have entered my appearance on behalf of Andon in the above-captioned action.

2.     Kenneth L. Winters, Esq., is a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel to Andon. He maintains an office as follows:

    Kenneth L. Winters, Esq.,
    Carella, Byrne, Bain, Gilfillan,
    Cecchi, Stewart & Olstein, P.C.
    5 Becker Farm Road
    Roseland, New Jersey 07068

FILED 2004 JAN 13 A 7:28 U.S. DISTRICT COURT HARTFORD, CT