UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., | : |
| Plaintiff, | : Civil Action No. 3:03 CV 703 (CFD) |
| v. | : |
| ANDON BRUSH COMPANY, INC., | : |
| Defendant. | : JANUARY 15, 2004 |

**SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S, CENTRIX INC.'S RULE 12 MOTION FOR MORE DEFINITE SETTLEMENT [sic] OR IN THE ALTERNATIVE TO STRIKE AND/OR TO DISMISS COUNTERCLAIM COUNTS II, III, IV FOR FAILURE TO STATE A CAUSE OF ACTION**

Defendant Andon Brush Company, Inc. ("Andon"), by its undersigned counsel, hereby moves this Court for an extension of time of an additional 15 days to January 31, 2004 for Andon to respond to Plaintiff's, Centrix Inc., Rule 12 Motion For More Definite Settlement [sic] Or In The Alternative To Strike And/Or To Dismiss Counterclaim Counts II, III, Iv For Failure To State A Cause of Action (the "Motion"). In support of its motion Andon states as follows:

1. Defendant Andon was recently required to change counsel in this action when its original counsel, McCarter and English, developed a conflict of interest (by reason of the acquisition of a portion of Cummings & Lockwood), which required them to withdraw from this action.

2. Andon obtained new counsel on approximately November 21, 2003, when they engaged Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as its lead counsel. Shortly thereafter, Matthew C. Mason of Gregory and Adams, PC was retained as local counsel and on December 3, 2003, Attorney Mason entered his appearance on behalf of the defendant Andon.

3. On December 3, 2003, a settlement conference in this matter was held before the Honorable William I. Garfinkle, U.S.M.J. The December 3, 2003 settlement conference concluded with a settlement proposal being outstanding. Since that time the parties have been negotiating in an attempt to settle the matter and have exchanged numerous letters and proposed settlement agreements under the ultimate supervision of Magistrate Judge Garfinkle.

4. On or about December 18, 2003, Andon filed its first request for an extension of time relative to the subject Motion, requesting that it have until January 15, 2004 to respond to the Motion. The instant motion represents a request for an additional 15 days to respond to the Motion, during which time the parties are hopeful that a final settlement agreement can be reached.

5. In sum, Defendant Andon respectfully requests that it have an extension of time until January 31, 2004 to respond to Plaintiff's Motion.

6. Plaintiff's counsel neither objects to nor consents to the motion for additional time.

Respectfully submitted,

By: *Matthew C. M*
Matthew M. Mason (ct 15291)
GREGORY AND ADAMS, P.C.
Attorneys for Defendant
190 Old Ridgefield Road
Wilton, Connecticut 06897
Phone: 203 762-9000
Fax: 203 834-1628
Email: mmason@gregoryandadams.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2004, a true and correct copy of the foregoing was served by first class mail, postage prepaid, upon the following:

Arthur T. Fattibene, Esq.
Fattibene & Fattibene
2480 Post Road
Southport, CT  06490
203-255-4400

_____
Matthew C. Mason