FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 16 A 10: 51
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CENTRIX, INC., | : |
| Plaintiff, | : Civil Action No. 3:03 CV 703 (CFD) |
| v. | : |
| ANDON BRUSH COMPANY, INC., | : |
| Defendant. | : JANUARY 15, 2004 |

**SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S, CENTRIX INC.'S RULE 12 MOTION FOR MORE DEFINITE SETTLEMENT [sic] OR IN THE ALTERNATIVE TO STRIKE AND/OR TO DISMISS COUNTERCLAIM COUNTS II, III, IV FOR FAILURE TO STATE A CAUSE OF ACTION**

Defendant Andon Brush Company, Inc. ("Andon"), by its undersigned counsel, hereby moves this Court for an extension of time of an additional 15 days to January 31, 2004 for Andon to respond to Plaintiff's, Centrix Inc., Rule 12 Motion For More Definite Settlement [sic] Or In The Alternative To Strike And/Or To Dismiss Counterclaim Counts II, III, Iv For Failure To State A Cause of Action (the "Motion"). In support of its motion Andon states as follows:

1. Defendant Andon was recently required to change counsel in this action when its original counsel, McCarter and English, developed a conflict of interest (by reason of the acquisition of a portion of Cummings & Lockwood), which required them to withdraw from this action.