UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC., | |
|     Plaintiff, | Civil Action No. 303 CV 703 (CFD) |
| vs. | MOTION FOR WITHDRAWAL OF APPEARANCE |
| ANDON BRUSH COMPANY, INC., | |
|     Defendant. | |

GRANTED, absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/30/04

The undersigned attorney moves, pursuant to Rule 7(e) of the Local Rules of Civil Procedure, to withdraw his appearance as Counsel in this case for the defendant, Andon Brush Co., Inc. In support of this motion, counsel states:

1. On July 23, 2003, the undersigned attorney, Jeffrey M. Thomen, with the law firm of McCarter & English, LLP, entered an appearance as Counsel on behalf of the aforementioned plaintiff. Subsequently, Attorney Matthew C. Mason, with the law firm of Gregory & Adams, had entered an appearance on the defendant's behalf.

2. Attorney Mason continues to represent the defendant in this action.

3. Attorney Thomen has notified the Andon Brush Co., Inc. of his intention to file this motion to withdraw and has sent a copy of this motion via Certified Mail to the Andon Brush Co., Inc.

4. A copy of this motion has been mailed to additional parties in this action by U.S. Mail.