UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CENTRIX, INC. | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:03CV703 (CFD) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDON BRUSH CO., INC. | ) | |
| | ) | JULY 22, 2003 |
| Defendant. | ) | |

**MOTION FOR EXTENTION OF TIME TO PLEAD**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b)(1) of the Local Rules of Civil Procedure, the defendant, Andon Brush Co., Inc., respectfully requests an extension of time to and including August 25, 2003, within which to file a responsive pleading to the plaintiffs' Complaint. In support of this motion, defendant states as follows:

1. The parties have had continuing settlement discussions and may resolve this matter amicably without further litigation.

2. Defendant requires the additional time to further pursue these settlement discussions, to consult with its client and to review the legal issues and factual matters involved in this case.

3. This is undersigned defendant's second motion for extension of time with respect to the time limitations for responding to plaintiff's Complaint.

4. Plaintiff's counsel consents to this motion.

WHEREFORE, the defendant respectfully moves this Court for an Order granting an