# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Centrix, Inc.

v.

Andon Brush Company, Inc.

APPEARANCE

CASE NUMBER: 3: 03-CV-703 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: (pro hac vice)    Andon Brush Company, Inc.

February 5, 2004
Date

CT 25530
Connecticut Federal Bar Number

973-994-1700
Telephone Number

973-994-1744
Fax Number

kwinters@carellabyrne.com
E-mail address

Signature

Kenneth L. Winters
Print Clearly or Type Name

Address  Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road

Roseland, NJ 07068

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Arthur T. Fattebene, Esq.
Fattebene & Fattebene
2480 Post Road
Southport, Connecticut 06890

Matthew Mason, Esq.
Gregory and Adams
190 Old Ridgefield Road
Wilton, Connecticut 06897

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24