# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CENTRIX, INC.

    Plaintiff,

v.

CASE NUMBER: 3:03CV703 (CFD)

FILED 2004 FEB -9 P 3:32
HARTFORD, CT

ANDON BRUSH CO., INC.
    Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

ANDON BRUSH COMPANY, INC.

___February 5, 2004___
Date

___Ct25520___
Connecticut Federal Bar Number

___(973) 994-1700___
Telephone Number

___(973) 994-1744___
Fax Number

___gtroublefield@carellabyrne.com___
E-mail address

_____[signature]_____
Signature

___G. Glennon Troublefield___
Print Clearly or Type Name

___Carella, Byrne___
Address

___5 Becker Farm Road___

Roseland, NJ   07068

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Clerk of the Court
United States District Court
District of Connecticuit
United States Courthouse
450 Main Street
Hartford, Connecticut 06103

Arthur T. Fattibene, Esq.
2480 Post Road
Southport, Connecticut 06890
Attorney for Plaintiff

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)