IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
At Hartford

CENTRIX, INC.

    Plaintiff/Counter-Defendant

    v.                                 Civil Action No.
                                      3:03-CV-703(CFD)(WIG)

ANDON BRUSH COMPANY, INC.,

    Defendant/Counter-Plaintiff

**MOTION TO ENFORCE SETTLEMENT AGREEMENT
AND TO STAY DISCOVERY
AND/OR TO EXTEND THE DISCOVERY DEADLINES**

    Plaintiff, Centrix, Inc. (Centrix) hereby moves to enforce a Settlement Agreement reached by the parties, and to stay discovery until such time as Plaintiff's Motion to Enforce Settlement Agreement has been decided, and/or to extend the current scheduling order to extend the discovery period.

    The grounds for the motion are:

1. The parties have effectively reached agreement as to all the material issues necessary to amicably resolve this litigation.

2. That Defendant, Andon Brush Company, Inc.'s (Andon) efforts to avoid the settlement reached by disagreeing as to the form of the Stipulation of

Oral Hearing Requested                  1

3.  Dismissal after settlement has been reached ought not nullify the Settlement Agreement reached and/or the form of the Stipulation of Dismissal with prejudice that had been agreed upon.

4.  A stay of discovery is requested so as to avoid the unnecessary expenditures time, money and energy of the respective parties in undertaking continued discovery that will include the taking of depositions of fact witnesses, compiling experts reports, deposing experts and the filing of any necessary motions relating to unresolved discovery issues, which will be all rendered moot, if the Motion to Enforce the Settlement Agreement is granted, and/or in the alternative, to modify the Scheduling Order to extend the discovery period.

                                          Respectfully submitted,

_____
Arthur T. Fattibene, CT06916
Counsel for Plaintiff
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
Tel: 203-255-4400
Fax: 203-259-0033