IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
At Hartford

CENTRIX, INC.

    Plaintiff/Counter-Defendant

    v.                                            Civil Action No.
                                                       3:03-CV-703(CFD)(WIG)

ANDON BRUSH COMPANY, INC.,

    Defendant/Counter-Plaintiff

**PLAINTIFF, CENTRIX, INC.'S, MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S (ANDON) REQUESTS
FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES
AND TO FILE CENTRIX'S EXPERT'S REPORTS**

    Plaintiff, Centrix, Inc. (Centrix), by its undersigned counsel, hereby moves:

    1. For an extension of time to and including March 22, 2004, to respond to Defendant's, Andon's, requests for production and interrogatories served on Centrix on or about January 30, 2004.

    2. For an extension of time to file Centrix's Expert's Reports due March 1, 2004, pending the resolution of Centrix's Motion filed on or about February 11, 2004, to enforce a settlement agreement, which is coupled with a request to either stay discovery or extend the dates of the current scheduling order by ninety (90) days.

    The grounds for this Motion are:

(1) There is currently pending before the Court a Centrix Rule 12 Fed.R.Civ.P. Motion for Dismissal of Defendant's Counter-Claims and certain affirmative defenses, as well as a pending motion to enforce a settlement agreement between the parties hereto, coupled with a request to either stay discovery pending the resolution of the settlement motion and/or in the alternative, to extend the discovery dates of the current standing order by ninety (90) days.

(2) Subject to the resolution of the above motions, any further discovery will be rendered either moot or limited to the issues permitted by the Court's resolution of the pending motions.

(3) This extension is also required to enable counsel additional time to confer with the principals of Centrix knowledgeable of the matters requested by Andon's outstanding discovery matters.

In accordance with Local Conn. Civil Rule 7(b), the undersigned counsel hereby represents that this is Centrix's first request for an extension of time relative to responding to Andon's Request for Production of Documents and Interrogatories that were served on Plaintiff, Centrix, on or about January 30, 2004.

The undersigned further represents that on February 25, 2004, he had a telephone conference with Mr. Kenneth Winters, Andon's attorney of record, in which the substance of this Motion was discussed.  Mr. Winters indicated that Andon would consent to and not object to the additional requested time to respond to the outstanding discovery requests for production and interrogatories.

Andon further indicated that it will consent to and not object to Centrix's request for extending the time for effecting the filing of Centrix's Expert's Reports or to extending the dates of the current discovery schedule ninety (90) days.

                                            Respectfully submitted,

_____
Arthur T. Fattibene, CT06916
Counsel for Plaintiff
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
Tel:  203-255-4400
Fax:  203-259-0033