Certificate of Service

I, Arthur T. Fattibene hereby certify that a copy of **Plaintiff, Centrix, Inc.'s Motion For Extension Of Time To Respond To Defendant's (Andon) Requests For Production Of Documents And Interrogatories And To File Centrix's Expert's Reports** attached hereto has been served on:

```
Kenneth L. Winters
Carella, Byrne, Bain, Gilfillan,
  Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
Fax No. 973-994-1744

        And

Attorney Matthew Mason
190 Old Ridgefield Road
Wilton, CT 06897
Fax No. 203-834-1628
```

By Fax and First Class U.S. Mail postpaid, this 25th day of February 2004.

_____

Arthur T. Fattibene
2480 Post Road
Southport, Connecticut 06890
Tel: 203-255-4400
Fax: 203-259-0033