IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
At Hartford

FILED

2004 MAR 24 P 1:53

DISTRICT COURT
HARTFORD, CT.

CENTRIX, INC.

    Plaintiff/Counter-Defendant

v.    Civil Action No.
3:03-CV-703(CFD)(WIG)

ANDON BRUSH COMPANY, INC.,

    Defendant/Counter-Plaintiff    March 22, 2004

**PLAINTIFF, CENTRIX, INC.'S, MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S (ANDON) REQUESTS
FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES
AND TO FILE CENTRIX'S EXPERT'S REPORTS**

Plaintiff, Centrix, Inc. (Centrix), by its undersigned counsel, hereby moves:

1. For an extension of time to and including April 20, 2004, to respond to Defendant's, Andon's, requests for production and interrogatories served on Centrix on or about January 30, 2004.

The grounds for this Motion are:

(1) There is currently pending before the Court a Centrix Rule 12 Fed.R.Civ.P. Motion for Dismissal of Defendant's Counter-Claims and certain affirmative defenses, as well as a pending motion to enforce a settlement agreement between the parties hereto, coupled with a request to either stay discovery pending the

1

resolution of the settlement motion and/or in the alternative, to extend the discovery dates of the current standing order by ninety (90) days.

(2) The matter has been set down for a settlement conference for April 16, 2004 by Magistrate Judge Garfinkel, and that settlement may occur. In such event or subject to the resolution of the above motions, any further discovery will be rendered either moot or limited to only those matters permitted by the Court's resolution of the pending motions.

(3) This extension is also required to enable counsel additional time to confer with the principals of Centrix knowledgeable of the matters requested by Andon's outstanding discovery matters in the event the matter is not resolved.

In accordance with Local Conn. Civil Rule 7(b), the undersigned counsel hereby represents that this is Centrix's second request for an extension of time relative to responding to Andon's Request for Production of Documents and Interrogatories that were served on Plaintiff, Centrix, on or about January 30, 2004.

The undersigned further represents that on March 22, 2004, he attempted a telephone conference with Mr. Kenneth Winters, Andon's attorney of record. Neither Mr. Winters

nor his associate, Mr. Troublefield, were available, nor have I been able to discuss the substance of this motion with them.

It is submitted that neither party will be prejudiced by the requested extension.

                                      Respectfully submitted,

                                      _____
                                      Arthur T. Fattibene, CT06916
                                      Counsel for Plaintiff
                                      Fattibene and Fattibene
                                      2480 Post Road
                                      Southport, CT 06890
                                      Tel: 203-255-4400
                                      Fax: 203-259-0033

Certificate of Service

I, Arthur T. Fattibene hereby certify that a copy of **Plaintiff, Centrix, Inc.'s Motion For Extension Of Time To Respond To Defendant's (Andon) Requests For Production Of Documents And Interrogatories And To File Centrix's Expert's Reports** attached hereto has been served on:

```
Kenneth L. Winters
Carella, Byrne, Bain, Gilfillan,
  Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
Fax No. 973-994-1744

        And

Attorney Matthew Mason
190 Old Ridgefield Road
Wilton, CT 06897
Fax No. 203-834-1628
```

By Fax and First Class U.S. Mail postpaid, this 22 day of March 2004.

*[signature]*

Arthur T. Fattibene
2480 Post Road
Southport, Connecticut 06890
Tel: 203-255-4400
Fax: 203-259-0033