*[Handwritten annotations in margins:]*

*Top right:* 03cv703 next →

*Left margin:* Granted as modified: The requests for production and interrogatories shall be responded to by April 30, 2004; the experts' reports shall be filed by May 30, 2004 [illegible] as above.

*Near caption:* WDS 3/12/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
At Hartford

CENTRIX, INC.

    Plaintiff/Counter-Defendant

    v.    Civil Action No.
        3:03-CV-703(CFD)(WIG)

ANDON BRUSH COMPANY, INC.,

    Defendant/Counter-Plaintiff

**PLAINTIFF, CENTRIX, INC.'S, MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S (ANDON) REQUESTS
FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES
AND TO FILE CENTRIX'S EXPERT'S REPORTS**

Plaintiff, Centrix, Inc. (Centrix), by its undersigned counsel, hereby moves:

1. For an extension of time to and including March 22, 2004, to respond to Defendant's, Andon's, requests for production and interrogatories served on Centrix on or about January 30, 2004.

2. For an extension of time to file Centrix's Expert's Reports due March 1, 2004, pending the resolution of Centrix's Motion filed on or about February 11, 2004, to enforce a settlement agreement, which is coupled with a request to either stay discovery or extend the dates of the current scheduling order by ninety (90) days.

The grounds for this Motion are:

1