FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     2004 APR -7  A 10: 20

| | |
|---|---|
| CENTRIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDON BRUSH COMPANY, INC., <br><br> Defendant. | Civil Action No. 3:03 CV 703 (CFD) <br><br><br> April _, 2004 |

### MOTION AND CONSENT ORDER AMENDING SCHEDULING ORDER

This matter having come before the Honorable Christopher F. Droney, U,.S.D.J. by telephonic conference call on April 1, 2004, with Arthur T. Fattibene, Esq, Fattibene & Fattibene, appearing for the plaintiff, and Kenneth L. Winters, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, appearing *pro hac vice* for the defendant, and good cause appearing for this motion and amending of the scheduling order as discussed in the aforesaid conference call:

It is on this _____ day of April, 2004:

1. ORDERED that the deposition of Andon Brush Company, Inc., heretofore scheduled for April 5, 2004, be and is hereby adjourned to a date to be rescheduled by counsel which shall be a date after the settlement conference presently scheduled for April 16, 2004; and it is further

2. ORDERED that the times for completion of discovery as set forth in the August 25, 2003 Report Of Parties' Planning Meeting be extended as follows:

a. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b) (4) which was to be completed by June 30, 2004 shall be and is hereby extended until September 28, 2004;

b. The depositions of fact witnesses which was to be completed April 15, 2004 shall be and is hereby extended until July 13, 2004;

c. The plaintiff's designation of expert witnesses which it intends to call at trial and providing opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) which was to be completed by March 1, 2004 shall be and is hereby extended until May 31, 2004. Depositions of any such experts which was to be completed by April 30, 2004 shall be and is hereby extended until July 28, 2004;

d. The defendant's designation of expert witnesses which it intends to call at trial and providing opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) which was to be completed by May 1, 2004 shall be and is hereby extended until July 29, 2004. Depositions of any such experts which was to be completed by June 30, 2004 shall be and is hereby extended until September 28, 2004; and it is further

3. ORDERED that the time for filing dispositive motions which was to be on or before July 30, 2004 shall be and is hereby extended until October 29, 2004; and it is further

4. ORDERED that the joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases which was to be filed by August 30, 2004 or within two month after a decision is rendered on the filed dispositive motions, whichever is later, shall be and is

hereby extended until November 28, 2004 or within two month after a decision is rendered on the filed dispositive motions, whichever is later; and it is further

5. ORDERED that the date by which the case was required to be ready for trial which was to be by September 30, 2004 or thirty days after the filing of the joint trial memorandum, whichever is later, shall be and is hereby extended until December 29, 2004 or thirty days after the filing of the joint trial memorandum, whichever is later; and it is further

6. ORDERED that nothing contained herein shall be deemed to preclude any party from seeking further modification of the above schedule based upon the time by which decisions are rendered on any of the motions presently pending in this action.

---

Hon. Christopher F. Droney, U,.S.D.J.

The undersigned consent to the form
and entry of the foregoing.

CENTRIX, INC.

ANDON BRUSH COMPANY, INC.

By: Arthur T. Fattibene, Esq. CT06916
Fattibene & Fattibene
2480 Post Road
Southport, Connecticut 06890
(203) 255-4400 (Tel.)
(203) 259-0033 (Fax.)

By: Kenneth L. Winters, Esq. CT25530
Carella, Byrne, Bain, Gilfillan
  Cecchi, Stewart, & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700 (Tel.)
(973) 994-1744 (Fax.)
Email: kwinters@carellabyrne.com

Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
Email: mmason@gregoryandadams.com

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at Hartford

CENTRIX, INC.
           Plaintiff

v.                           CASE NO. **3:03 CV 703 (CFD)**

                           Date: April 6, 2004

ANDON BRUSH COMPANY, INC.
           Defendant

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **April 6, 2004** a copy of the following:

### MOTION AND CONSENT ORDER AMENDING SCHEDULING ORDER

was caused to be mailed by first class mail, postage pre-paid, to Defendant's counsel at:

| | |
|---|---|
| Kenneth L. Winters, Esq.<br>Carella, Byrne, Bain et al<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739 | Mathew C. Mason, Esq.<br>Gregory and Adams, P. C.<br>190 Old Ridgefield Road<br>Wilton, CT 06897 |

                                    _____
                                      Arthur T. Fattibene