FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**   2004 APR -7 A 10: 20

---

CENTRIX, INC.,

    Plaintiff,

v.

ANDON BRUSH COMPANY, INC.,

    Defendant.

    :
    :   **Civil Action No. 3:03 CV 703 (CFD)**
    :
    :
    :
    :
    :   **April 8, 2004**
    :

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 4/14/04

## MOTION AND CONSENT ORDER AMENDING SCHEDULING ORDER

This matter having come before the Honorable Christopher F. Droney, U,.S.D.J. by telephonic conference call on April 1, 2004, with Arthur T. Fattibene, Esq., Fattibene & Fattibene, appearing for the plaintiff, and Kenneth L. Winters, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, appearing *pro hac vice* for the defendant, and good cause appearing for this motion and amending of the scheduling order as discussed in the aforesaid conference call:

It is on this 14th day of April, 2004:

1. ORDERED that the deposition of Andon Brush Company, Inc., heretofore scheduled for April 5, 2004, be and is hereby adjourned to a date to be rescheduled by counsel which shall be a date after the settlement conference presently scheduled for April 16, 2004; and it is further