UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 16, 2004

10:00 a.m.

Held
2 1/2 hours

CASE NO. **3:03cv703 (CFD)**    **Centrix, Inc. Vs. Andon Brush Company, Inc.**

Arthur T. Fattibene
2480 Post Rd.
Southport, CT 06490


Dennis F. Gleason
Carella Byrne Bain Gilfillan Cecchi Stew
5 Becker Farm Road
Roseland, NJ 07068


Matthew C. Mason
Gregory & Adams
190 Old Ridgefield Rd.
Wilton, CT 06897


G. Glennon Troublefield
Carella Byrne Bain Gilfillan Cecchi Stew
5 Becker Farm Road
Roseland, NJ 07068


Kenneth L. Winters
Carella Byrne Bain Gilfillan Cecchi Stew
5 Becker Farm Road
Roseland, NJ 07068



BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK