IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
At Hanford

CENTRIX, INC.

    Plaintiff/Counter-Defendant

v.                                    Civil Action No.
                                      3:03-CV-703(CFD)(WIC)

ANDON BRUSH COMPANY, INC.,          April 27, 2004

    Defendant/Counter-Plaintiff

**MOTION TO ENFORCE SETTLEMENT
AND TO STAY DISCOVERY**

Defendant, Andon Brush Company, Inc. ("Andon") hereby moves to enforce a settlement reached by the parties at the April 16, 2004 settlement conference held in this matter, and to stay discovery until such time as Andon's motion to enforce settlement has decided.

The grounds for the motion are:

1. At the April 16, 2004 settlement conference, the parties reached agreement as to all the issues necessary to amicably resolve this litigation.

2. Subsequent to the April 16, 2004 settlement conference, Plaintiff, Centrix Inc. ("Centrix") has repudiated the settlement it has agreed to, and has done so without any valid explanation.

3. Andon has presented a form of settlement agreement to Centrix embodying the matters which had been agreed upon prior to and at the April 16, 2004 conference, and has demanded an indication that Centrix would fulfill the agreements reached at the April 16, 2004 conference. Centrix has failed and refused to so indicate, and has embarked on a course of conduct which is inconsistent with the matters agreed upon

at the April 16, 2004 conference.

4. A stay of discovery is requested so as to avoid the unnecessary expenditures time, money and energy of the respective parties in undertaking continued discovery that will include the taking of depositions of fact witnesses, compiling experts reports, deposing experts and the filing of any necessary motions relating to unresolved discovery issues, which will be all rendered moot, if the motion to enforce the settlement is granted.

Respectfully submitted,

By: Kenneth L. Winters, Esq. CT25530
Counsel for Defendant
Carella, Byrne, Bain, Gilfillan,
  Cecchi, Stewart, & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700 (Tel.)
(973) 994-1744 (Fax.)
Email: kwinters@carellabyrne.com

Matthew C. Mason (ct 15291)
Gregory and Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897
(203) 762-9000 (Tel.)
(203) 834-1628 (Fax)
Email: mmason@gregoryandadams.com

Declaration of Service

I declare under penalty of perjury that on the date set forth below, I did cause a copy of the within Motion to Enforce Settlement and to Stay Discovery, the Declaration of Robert Newell, the Declaration of Kenneth L. Winters, and Brief in support of said motion to be sent by Federal Express overnight delivery service to:

> Arthur T. Fattibene, Esq.
> Counsel for Plaintiff
> Fattibene and Fattibene
> 2480 Post Road
> Southport, Connecticut   05890

and a copy of the same by Federal Express overnight delivery service to:

> Matthew Mason, Esq.
> Connecticut Counsel for Defendant
> Gregory & Adams
> 190 Old Ridgefield Road
> Wilton, Connecticut,  06897

Executed on April 26, 2004.

_____
Kenneth L. Winters.