# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTRIX, INC. | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 3:03CV703 (CFD) |
| ANDON BRUSH CO., INC. | : |
|     Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

__X__ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

____ A ruling on the following motion which is currently pending: (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this __6th__ day of May 2004, at Hartford, Connecticut.

                                                                     /s/ CFD
                                                          **Christopher F. Droney**
                                                          **United States District Judge**