Certificate of Service

I, Arthur T. Fattibene hereby certify that a copy of

**PLAINTIFF, CENTRIX, INC.'S MEMORANDUM IN OPPOSITION
TO DEFENDANT, ANDON BRUSH COMPANY, INC.'S
MOTION TO ENFORCE SETTLEMENT AND TO STAY DISCOVERY**

attached hereto has been served on:

```
Kenneth L. Winters
Carella, Byrne, Bain, Gilfillan,
  Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
Fax No. 973-994-1744

        And

Attorney Matthew Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Fax No. 203-834-1628
```

By First Class U.S. Mail postpaid, this       day of May 2004.

_____

Arthur T. Fattibene
2480 Post Road
Southport, Connecticut 06890
Tel: 203-255-4400
Fax: 203-259-0033