Table of Contents
of Attached Exhibits to
Dr. William B. Dragan's Declaration

| Exhibit No. | |
|---|---|
| 1 | Letter dated April 19, 2004, from Winters to Fattibene |
| 2 | Letter dated April 21, 2004, from Fattibene to Winters |
| 3 | Letter dated April 21, 2004, from Winters to Fattibene |
| 4 | Letter dated April 22, 2004, from Winters to Fattibene |
| 4A | Draft of Alleged Settlement Agreement attached to Exhibit 4 |
| 5 | Letter dated April 26, 2004, from Fattibene to Winters |
| 5A | Modification to Settlement Agreement dated January 16, 2004 attached to Exhibit 4 |
| 5B | Settlement Agreement dated January 16, 2004, Incorporated by reference into Exhibit 5A |
| 6 | Letter dated April 28, 2004, from Fattibene to Winters |
| 7 | Letter dated May 3, 2004, from Fattibene to Magistrate Judge Garfinkel |
| 8 | Draft proposed by Andon on January 15, 2004, which has been embodied in the Settlement Agreement of January 16, 2004, which is the subject of Centrix's Motion To Enforce |