UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 24 P 3: 19
U.S. DISTRICT COURT
HARTFORD, CT.

CENTRIX, INC.
    -Plaintiff

-v-

ANDON BRUSH COMPANY, INC.,
    -Defendant

NO. 3:03 CV 703 (CFD)

### ORDER

A settlement conference will be held before the undersigned on **SEPTEMBER 2, 2004, at 10:00 a.m.** The parties shall submit **ex parte** statements (including damages analyses) to the Chambers of Judge Smith, Room 258, not to exceed three pages, no later than 3 calendar days prior to the conference. **Facsimiles will not be accepted**. Counsel shall be accompanied by the appropriate persons with the authority to settle, including insurance carriers. It will not be sufficient for such individuals to be "available by telephone." See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

The foregoing date will not be postponed or adjourned, sufficient advance notice having been given to all counsel and principals. Counsel and all decision-makers necessary to conclude the settlement of this case shall attend. In view of the strides that counsel have made toward settlement of this case on prior occasions, they are encouraged to attempt to conclude a settlement

of this case on their own before the September 2, 2004 conference date. However, the September 2, 2004, conference shall go forward as scheduled unless all counsel inform the court in writing prior to September 2, 2004, that the case has been settled and the settlement has been memorialized in a signed settlement agreement.

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 24th day of May, 2004.

Thomas P. Smith
United States Magistrate Judge