**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 JUL -8 A 8: 04

U.S. DISTRICT COURT
HARTFORD, CT.

Centrix, Inc.

            Plaintiff

    v.                              CA No. 3:03 CV 703 (CFD)

                                    Date: July 2, 2004

Andon Brush Company, Inc.

            Defendant

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41, Fed.R.Civ.P., and subject to a Settlement Agreement between the parties having an effective date of June 26, 2004, all parties to this action, through their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this action, including all claims alleged in plaintiff's Complaint pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the dismissal of all counterclaims, including the affirmative defenses, alleged in this action, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

The dismissal of all claims, counterclaims and affirmative defenses pleaded by the parties herein shall be dismissed with prejudice. The above-captioned Court shall retain jurisdiction with respect to the enforcement of the aforementioned Settlement Agreement.

Each party shall bear its own costs and attorneys fees associated with the above-captioned lawsuit.

*For Plaintiff, CENTRIX, INC.*

Dated: July 6, 2004      By _____
Arthur T. Fattibene, CT 06916
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
Phone: 203-255-4400
Fax:   203-259-0033

For *Defendant,* **ANDON BRUSH COMPANY, INC.**

Dated: June 28, 2004     By _____
Kenneth L. Winters
Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
Fax:   973-994-1744

SO ORDERED:

_____
Hon. Christopher F. Droney, U.S.D.J.

Certificate of Service

I, Arthur T. Fattibene hereby certify that a copy of the

**STIPULATED DISMISSAL WITH PREJUDICE**

attached hereto has been served on:

Kenneth L. Winters
Carella, Byrne, Bain, Gilfillan,
   Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1739
Fax No. 973-994-1744

        And

Attorney Matthew Mason
Gregory & Adams
190 Old Ridgefield Road
Wilton, CT 06897
Fax No. 203-834-1628

By First Class U.S. Mail postpaid, this 6th day of July 2004.

_____
Arthur T. Fattibene
2480 Post Road
Southport, Connecticut 06890
Tel: 203-255-4400
Fax: 203-259-0033