03CV703 Stipdis

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL -8 A 8:04

Centrix, Inc.

                    Plaintiff

    v.                                  CA No. 3:03 CV 703 (CFD)

                                        Date: July 2, 2004

Andon Brush Company, Inc.

                    Defendant

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Fed.R.Civ.P., and subject to a Settlement Agreement between the parties having an effective date of June 26, 2004, all parties to this action, through their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this action, including all claims alleged in plaintiff's Complaint pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the dismissal of all counterclaims, including the affirmative defenses, alleged in this action, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

The dismissal of all claims, counterclaims and affirmative defenses pleaded by the parties herein shall be dismissed with prejudice. The above-captioned Court shall retain jurisdiction with respect to the enforcement of the aforementioned Settlement Agreement.

Approved and so ordered. /s/ CFD 7/12/04